# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Melissa Costello | § | Case No. 14-36860 |
| | § | |
| Debtor | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street<br>Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/09/2015                    By: /s/ Zane L. Zielinski
                                                     Chapter 7 Trustee


Zane L. Zielinski
105 West Madison
Suite 1500
Chicago, Illinois 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Melissa Costello                    §         Case No. 14-36860
                                    §
        Debtor                      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 84.10 |
| leaving a balance on hand of[1] | $ | 7,915.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,550.00 | $ 0.00 | $ 1,550.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,550.00 |
| Remaining Balance | $ 6,365.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,206.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bmo Harris Bank N. A. | $ 13,675.07 | $ 0.00 | $ 2,702.96 |
| 2 | Fifth Third Bank | $ 5,512.83 | $ 0.00 | $ 1,089.64 |
| 3 | N. A. Capital One Bank (Usa) | $ 3,023.27 | $ 0.00 | $ 597.57 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 9,995.77 | $ 0.00 | $ 1,975.73 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,365.90 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Zane L. Zielinski
      Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Melissa Costello
    Debtor

Case No. 14-36860-BWB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 1     Date Rcvd: Oct 08, 2015
                Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2015.
```
db            +Melissa Costello,    24908 S. Foxford Dr.,    Manhattan, IL 60442-8111
22687318       BMO Harris Bank N.A.,    Attn: Retail Collections BRK-180-RC,    770 N. Water Street,
                 Milwaukee, WI 53202-3593
22503368      +BMO Harris Bank NA,    PO Box 3052,    Milwaukee, WI 53201-3052
22503367       Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
22503369     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Bankruptcy Department,    P.O. Box 5155,
                 Norcross, GA 30091)
22503371     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Card,    Atten: Bankruptcy Dept.,    P.O. Box 6412,
                 The Lakes, NV 88901-6412)
22757394       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22503370      +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
22503372      +Fifth Third Bank,    Chicago,    P.O. Box 740789,    Cincinnati, OH 45274-0789
22739296      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
22503373       Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
22779412      +Ocwen Loan Servicing, LLC,    C/O Potestivo & Associates, P.C,    811 South Blvd, Suite 100,
                 Rochester Hills, MI 48307-5359
22503374      +Silver Cross Hospital,    1900 Silver Cross Blvd.,    New Lenox, IL 60451-9509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22860569      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2015 23:31:55
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22687322*      BMO Harris Bank N.A.,    Attn: Retail Collections BRK-180-RC,    770 N. Water Street,
                 Milwaukee, WI 53202-3593
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2015 at the address(es) listed below:
```
              Caleb Halberg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC chalberg@potestivolaw.com,
               bknotices@potestivolaw.com
              Patrick A Meszaros    on behalf of Debtor Melissa  Costello patrickmeszaros@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@fgllp.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L. Zielinski    zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                              TOTAL: 5
```